# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Salvador Garcia,<br><br>        Plaintiff,<br>v.<br><br>State of Nevada, et al.,<br><br>        Defendants. | Case No.: 2:19-cv-0825-APG-CWH<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 5] |

On June 7, 2019, plaintiff Salvador Garcia filed a motion for extension of time to file a response to the defendants' motion to dismiss. Garcia's motion **(ECF No. 5) is GRANTED**. Garcia's response to the motion to dismiss is due July 26, 2019.

Dated: June 11, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE