# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SALVADOR GARCIA,

    Plaintiff

v.

STATE OF NEVADA, et al.,

    Defendants

Case No.: 2:19-cv-00825-APG-DJA

**Order for Joint Proposed Pretrial Order**

Pursuant to the scheduling order, the proposed joint pretrial order was due December 26, 2019. ECF No. 12. The parties have not filed the proposed order.

I THEREFORE ORDER the parties to file a proposed joint pretrial order by February 28, 2020.

DATED this 3rd day of February, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE